McGREGOR W. SCOTT
United States Attorney
ANNE E. PINGS
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

SEALED

FILED
SEP 28 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br> IN RE MATTER OF SEIZURE      )<br> WARRANTS FOR CERTAIN VEHICLES)<br>                              )<br>_____) | 2:06-SW-0264 GGH<br><br>[PROPOSED] SEALING ORDER |

For good cause shown in ¶ 75 of the affidavit of Chris Fitzpatrick, Special Agent, IRS-CI, in support of the seizure warrant issued in the above-captioned matter(s), the Court orders that such affidavit be, and the same hereby is, SEALED pending further order of the Court.

IT IS SO ORDERED.

DATED: Sept. 28, 2006

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE