1 | McGREGOR W. SCOTT
  | United States Attorney
2 | ANNE E. PINGS
  | Assistant U.S. Attorneys
3 | 501 "I" Street, Suite 10-100
  | Sacramento, California 95814
4 | Telephone: (916) 554-2700



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:06-SW-0259 GGH |
|---|---|---|
| | ) | 2:06-SW-0260 GGH |
| Plaintiff, | ) | 2:06-SW-0261 GGH |
| | ) | 2:06-SW-0262 GGH |
| v. | ) | 2:06-SW-0263 GGH |
| | ) | 2:06-SW-0264 GGH |
| IN RE MATTER OF SEIZURE | ) | 2:06-SW-0265 GGH |
| WARRANTS FOR CERTAIN VEHICLES | ) | |
| | ) | [PROPOSED] UNSEALING ORDER |
| | ) | |

On September 28, 2006, the Court entered a sealing order on the affidavit and seizure warrants numbered: 2:06-SW-0259-GGH through 2:06-SW-0265-GGH. The United States now requests that the affidavit and seizure warrants listed above be unsealed.

IT IS SO ORDERED.

DATED: 10/13/06

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE